**FILED**

OCT 3 0 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| United States of America,<br><br>      Plaintiff,<br>  v.<br><br>Roomy Kahn,<br><br>      Defendant. | NO. CR 01-20029 JW<br><br>**ORDER TO SHOW CAUSE RE: SAN JOSE MERCURY NEWS' MOTION TO UNSEAL CASE** |

Presently before the Court is the San Jose Mercury News' Motion to Unseal the above entitled case.[1] (Docket Item No. 33.)

The Court ORDERS the government to show cause as to why this case should not be unsealed. On or before **November 9, 2009**, the government shall file its Opposition to the Motion, if any. On or before **November 13, 2009**, the movant shall file its Response, if any.

The Court will conduct a hearing on the Motion on **November 23, 2009 at 1:30 p.m.**

Dated: October 30, 2009

                                                  JAMES WARE
                                                  United States District Judge

---

[1] The Court attaches the Motion for the convenience of the government.

| | |
|---|---|
| 1 | THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO: |
| 2 | San Jose Mercury News |
|   | 750 Ridder Park Drive |
| 3 | San Jose, CA 95190 |
| 4 | U.S. Attorney's Office, |
|   | Northern District of California |
| 5 | 150 Almaden Blvd. Suite 900 |
|   | San Jose, CA 95113 |
| 6 | |
| 7 | Dated: October 30, 2009 |

Richard W. Wieking, Clerk

By:    /s/ JW Chambers
       Elizabeth Garcia
       Courtroom Deputy

United States District Court
For the Northern District of California

**San Jose Mercury News**

750 RIDDER PARK DRIVE, SAN JOSE, CALIFORNIA 95190 (408) 920-5000





ORIGINAL FILED

OCT 2 3 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

U.S. District Judge James Ware
Northern District of California
San Jose division

October 23, 2009

Hon. Judge Ware,

The Mercury News moves for the unsealing of the following case, which has become pertinent for reporting a currently developing news story:

U.S.A. v. Roomy Kahn,
Filed Feb 28 2001
Case number 01-cr-20029

The file is important for the reporting of a current federal criminal investigation of insider trading by hedge funds, which is a subject of ongoing stories in the Mercury News. For that reason, we believe there is a public interest in unsealing material from the case. Please review the files so that only documents that need to remain sealed for good reason, do so.

Thank you,

Stephen Trousdale, business editor

Peter Carey, reporter