```
 1  JOSEPH P. RUSSONIELLO
    United States Attorney
 2
    BRIAN J. STRETCH (CASBN 163973)
 3  Chief, Criminal Division

 4  THOMAS E. STEVENS (CASBN 168362)
    Assistant United States Attorney
 5  450 Golden Gate Ave., 11th Floor
    San Francisco, CA 94102
 6  (415) 436-6559 (tel)
    (415) 436-7234 (fax)
 7  Thomas.Stevens@usdoj.gov

 8  Attorneys for Plaintiff
    United States of America
 9
```

RECEIVED 2009 NOV -9 P 3:52
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N.D. CA-SAN JOSE

FILED
NOV 1 3 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 01-20029 JW |
| Plaintiff, ) | Stipulation and [PROPOSED] JW Order Re: Motion to Unseal File |
| v. ) | As moDIFIED |
| ) | Date: none |
| ROOMY KAHN, ) | Time: none |
| Defendant. ) | Courtroom: 8, Hon. James Ware |

On Friday, November 6, the government learned that the Court, in response to a motion by San Jose Mercury News ("Movant") to unseal the file in the above-captioned case, had issued an Order to Show Cause ("OSC") why such relief should not be granted. The OSC directed the government to respond today, November 9. In order to allow time adequately to consider and respond to this matter, the government respectfully requests an extension of the date by which it must file a responsive pleading from November 9 through Friday, November 13, 2009.

The government has discussed this proposed extension of time with James Chadwick,

1  counsel for Movant. Movant does not object to the government's request for an extension to
2  November 13; however, if the Court grants the government's request, Movant seeks an extension
3  of time by which it must file its reply brief, if any, from November 13 through November 19.
4
5  DATED: November 9, 2009

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

THOMAS E. STEVENS
Assistant United States Attorney

**[PROPOSED] ORDER**

The Court having considered the government's motion to extend time to respond to the motion of San Jose Mercury News to unseal the file in this case, and good cause appearing therefor, IT IS HEREBY ORDERED THAT:

1) The government shall file its responsive pleading on or before November 13;

2) Movant shall file its reply, if any, on or before November 19.

3) Motion of Raj Rajaratam for Intervention is continued to Dec 7 2009 @ 1:30 PM.

IT IS SO ORDERED.

The Court resets the OSC and hearing date from November 23, 2009 to December 7, 2009 @ 1:30 PM.

Dated: November 13, 2009

JAMES WARE
United States District Court Judge

2