1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney

2

3  BRIAN J. STRETCH (CSBN 163973)
   Chief, Criminal Division

4  THOMAS E. STEVENS (CSBN 168362)
   Assistant United States Attorney

5

6     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
      Telephone: (415) 436-6559
7     Facsimile: (415) 436-7234
      E-mail:   Thomas.Stevens@usdoj.gov

8

   Attorneys for Plaintiff
9

FILED

2009 NOV 13  P 3:51

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N.D. CA.-SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 01-20029 JW |
| )  Plaintiff, ) | |
| )  v. ) | **GOVERNMENT'S RESPONSE TO OSC** |
| ) | **RE: MOTION TO UNSEAL** |
| ROOMY KAHN, ) | |
| )  Defendant. ) | |
| _____ ) | |

        The United States, by and through the undersigned counsel, respectfully submits this
response to the Court's Order to Show Cause dated October 30, 2009 ("OSC"). The Court issued
the OSC in response to the motion of San Jose Mercury News to unseal the file in the above-
captioned case.[1]

        The government does not oppose the motions to unseal the case file.

---

        [1]      The government has become aware of an additional motion to unseal, filed by
intervenor Raj Rajaratnam on November 12, 2009. This response applies to both motions.

CR 01-20029 JW
**GOV'T RESPONSE TO OSC**                    1

1   DATED:  November 13, 2009

2

3                                  Respectfully submitted,

4                                  JOSEPH P. RUSSONIELLO
                                   United States Attorney
5

6

7                                  THOMAS E. STEVENS
                                   Assistant United States Attorney
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CR 01-20029 JW
**GOV'T RESPONSE TO OSC**                    2